# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**VICKIE D. HERRON**                                                                 **PLAINTIFF**

**v.**                           **Case No. 4:22-cv-01261 KGB**

**PETCO ANIMAL SUPPLIES STORES,**
**INC., and JOHN DOES (1,2,3, etc.)**                                         **DEFENDANTS**

## ORDER

Before the Court is attorney April C. Cotton's motion to withdraw as counsel for defendant Petco Animal Supplies Stores, Inc. ("Petco") (Dkt. No. 7). Ms. Cotton represents that she will no longer be affiliated with Hall Booth Smith, P.C. as of August 15, 2023 (*Id.*, ¶ 2). Ms. Cotton represents that Petco will continue to be represented by its remaining attorney of record in this case, Baxter D. Drennon (*Id.*, ¶ 3). For good cause shown, the Court grants the motion and relieves Ms. Cotton as counsel for Petco in this case.

It is so ordered this 28th day of September, 2023.

_____
Kristine G. Baker
United States District Judge